George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Everardo Hernandez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) No. 2:05-cr-0095-MCE |
| Plaintiff, | ) |
|  | ) **AMENDED** |
| vs. | ) **STIPULATION RE: CONTINUANCE OF** |
|  | ) **HEARING ON STATUS CONFERENCE** |
| EVERARDO HERNANDEZ, | ) |
|  | ) DATE: February 27, 2007 |
|  | ) Time:   8:30 a.m. |
|  | ) Hon. Morrison C. England |
| Defendant. | ) |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Phillip Talbert, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Everardo Hernandez, that the hearing on Status Conference currently set for January 23, 2007, be vacated and reset for February 27, 2007 at 8:30 a.m.

The continuance of the status conference is necessary because the parties are engaged in continuing discussions concerning whether the case can be resolved without trial and the defendant's attorney needs time to review and to discuss with his client a proposed plea agreement that the government anticipates providing soon.

Accordingly, the parties jointly request a new status conference date and that the time period from January 23, 2007, to and including February 27, 2007 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation and

PDF created with pdfFactory trial version www.pdffactory.com

based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendant in a speedy trial.

    Dated this 22nd day of January, 2007.

                  McGregor W. Scott
                   United States Attorney

                   s/Phillip Talbert
                   PHILLIP TALBERT
                   Assistant United States Attorney

                   THE TREJO LAW FIRM

                   s/George Paul Trejo, Jr
                   GEORGE PAUL TREJO, JR.
                   Counsel for Everardo Hernandez

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED:

1.     The stipulation for a continuance of status hearing is GRANTED. The status hearing presently set for January 23, 2007 is hereby continued to February 27, 2007 at 8:30 a.m.

January 25, 2007

                   MORRISON C. ENGLAND, JR
                   UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com