George Paul Trejo, Jr.
THE TREJO LAW FIRM
701 N. 1st Street, Suite 103
Yakima, WA 98901
(509) 452-7777

Attorney for Everardo Hernandez

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:05-cr-00095-MCE |
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE: CONTINUANCE OF** |
| | ) **HEARING ON JUDGMENT & SENTENCE** |
| EVERARDO HERNANDEZ, | ) |
| | ) DATE: June 7, 2007 |
| | ) Time: 8:30 a.m. |
| | ) Hon. Morrison C. England |
| Defendant. | ) |

It is hereby stipulated by and between the UNITED STATES OF AMERICA, by and through, Phillip Talbert, Assistant United States Attorney, GEORGE PAUL TREJO, JR., counsel for defendant Everardo Hernandez, that the hearing on Judgment and Sentence currently set for May 31, 2007, be vacated and reset for June 7, 2007 at 8:30 a.m.

The continuance of the Judgment and Sentence is necessary because the defense has a conflict with another hearing in Riverside, CA.

Dated this <u>23rd</u> day of May, 2007.

///

///

///

STIPULATION RE: CONTINUANCE OF
JUDGMENT AND SENTENCE                    - 1-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM

McGregor W. Scott
United States Attorney

 s/Phillip Talbert
PHILLIP TALBERT
Assistant United States Attorney

THE TREJO LAW FIRM

 s/George Paul Trejo, Jr
GEORGE PAUL TREJO, JR.
Counsel for Everardo Hernandez

IT IS SO ORDERED

The court having reviewed the records and files herein and considered the stipulation of the parties, IT IS HEREBY ORDERED:

1. The stipulation for a continuance of Judgment and Sentence is GRANTED. The Sentencing presently set for May 31, 2007 is hereby continued to June 7, 2007 at 8:30 a.m.

DATED: May 24, 2007

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and the Government. I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

THE TREJO LAW FIRM
S/George Paul Trejo, Jr.
George Paul Trejo, Jr.
Attorney at Law

STIPULATION RE: CONTINUANCE OF JUDGMENT AND SENTENCE    - 2-

GEORGE PAUL TREJO, JR.
TREJO LAW OFFICE
701 NO. 1ST STREET, SUITE 103
YAKIMA WA 98901
(509) 452-7777
GPTREJO@THETREJOLAWFIRM.COM